UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION

FILED
21 SEP 15 PM 12:09
CLERK U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS
BY _____

JOHNNY GLENN KELLOUGH     CIVIL ACTION

           Plaintiff,     CASE NO.     1:20-CV-00823-LY

VERSUS

BP EXPLORATION & PRODUCTION,
INC. AND BP AMERICA PRODUCTION
COMPANY
           Defendants.

Related to:     12-968 BELO
                  in MDL No. 2179
_____/

## ORDER GRANTING PLAINTIFF'S STIPULATION FOR DISMISSAL WITH PREJUDICE

**THIS CAUSE** comes before the Court on Plaintiff's, Johnny Glenn Kellough, Stipulation for Dismissal, and the Court having considered the stipulation and all other relevant factors, it is hereby

**ORDERED AND ADJUDGED** that:

The Stipulation is GRANTED. The Court hereby dismisses this case with prejudice.

**DONE AND ORDERED** this _15th_ day of _September_, 2021.

_____
UNITED STATES DISTRICT COURT