IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TEXAS
AUSTIN DIVISION



| | | |
|---|---|---|
| JOHNNY GLENN KELLOUGH, | § | |
| PLAINTIFF, | § | |
| | § | |
| V. | § | CIVIL NO. 1:20-CV-823-LY |
| | § | |
| BP EXPLORATION & PRODUCTION | § | |
| INC. AND BP AMERICA PRODUCTION | § | |
| COMPANY, | § | |
| DEFENDANTS. | § | |

## ORDER CLOSING CASE

Before the court is the above entitled cause. The parties filed a Rule 41(a) Stipulation of Dismissal with Prejudice on September 14, 2021 (Doc. #33), which the court approved by separate order. Accordingly,

**IT IS HEREBY ORDERED** that the case is **CLOSED**.

SIGNED this __15th__ day of September, 2021.

LEE YEAKEL
UNITED STATES DISTRICT JUDGE